UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

**No. 25-1037**

Before

Montecalvo, Rikelman and Aframe,

<u>Circuit Judges</u>

CHARLES SIMON,
Appellant,

v

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF JUSTICE,
Appellees.



-----------------------------------------------------

MOTION TO RULE ON INTERLOCTORY 28 U.S.C. sec. 1292(a) APPEAL

Motion is advanced for Three Judge Panel to rule on the Interlocutory Appeal section 1292(a) unconstitutional issues; According to the Case Manager via phone conversation on 2/26/2025 informed Appellant the Appeals Court denied the Writ of mandamus Section1651; Petitioner advanced the judicial proceeding to consolidate mandamus No.25-1037 with Interlocutory Appeal 28 U.S.C. sec.1292; Accordingly, the mandamus section 1651 is inextricable entwined with Interlocutory Appeal 28 U.S.C. sec.1292(a), the Lower Court deliberately failed to rule on Motion For Disqualification at Do. No. [12]; The delay in making a ruling imposes unnecessary unconstitutional First Amendment irreparable injury; Hence this case ripe for immediate disposition upon the attached Notice of Appeal received in the District Court 2/28/2024 via U.S. postal service overnight express, also attached with this Motion; A decision will materially advance the ultimate termination of this civil rights case upon the question of law. Retracing the factual record will show the Lower Court's rulings was not genuine but a mere pretext for the sole purpose to adopt verbatim the judicial proceeding in U.S. Court of Appeals 2nd Circuit unconstitutional insidious scheme to obstruct justice perpetuated by U.S. Dept. of Justice in <u>C. Simon v Federal Prison Industries</u>, Et Al,; And in effect, the lower court adopted the insidious scheme to obstruct justice by adopting <u>Simon</u> v <u>Fed. Prison Indus.</u>, 159 F3d 637 (D.C. Circuit 1998) and Chief Operating Officer's fraud policy under 28 CFR Part 301 as controlling law; Thus the District Court ignored the rulings that show an obvious conflict with decisions in <u>U.S.</u> v. <u>Demko</u>, 385 U.S. 149(1966), and <u>Grande</u> v <u>United States,</u> 350 F2d. Cir.(1966); Hence, District Court impermissible nullified the Congressional Act under Section 4126 of 18,United States Code, 28 C.F.R. sec.301.314Et Seq, pursuant the Inmate Accident Compensation Procedure enacted by Congress, and adversely nullified the Administrative Procedure Act; During the course of judicial proceeding the lower court display deep-seated favoritism 28 U.S.C. sec.455(a) made fair judgment impossible by repeatedly ignoring germane exhibits of documented evidence of material fact that paint a detail picture of outrageous conduct pursuant obstruction of justice by U.S. Government Officials; For all the factual and legal reasons explicated in the Interlocutory Appeal 28 U.S.C. sec. 1292 brief, The Three Judge Panel should issue a ruling forthwith at this juncture.   Respectfully Submitted,   Charles Simon, /Appellant,  3410 DeReimer Avenue, **Apt.# 7**- Bronx, New York 10475, 917- 318-4771,   *Charles Simon*
litigatorcharles@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACUSETTS

**CHARLES SIMON,**
    Plaintiff,

DOCKET NO.24-12901-M.J.JOUN.

V

**UNITED STATES OFAMERICA,**
**U.S.DEPARTMENT OF JUSTICE,**

    **Defendants.**

Notice Of Appeal

Notice Of Appeal from the District Court's Order denied Motion For Relief under Fed.R.Civ.Pro. 60(b)(4) from Fictious Order entered 12/6/2024; the lower Court's Ruling/Order was made at Doc.No. [18], Appeal to the United States Court of Appeals For the First Circuit. Judicial Notice the District Court Judge did not rule on MOTION FOR DISQUALIFICATION 28 U.S.C. SECTION 455(a) at Doc.No. [12].

Dated February 27, 2025

                                  Respectfully submitted
                                  Charles Simon
                                  3410 DeReimer Avenue, **Apt.# 7-I**
                                  Bronx, New York 10475
                                  917-318-4771
                                  litigatorcharles@gmail.com

See Attached $600 check Appeal Court Fee

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## EE431711695US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**FRIDAY**

**28** February 2025 ⓘ    by **6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 12:00 pm on February 28, 2025 in BOSTON, MA 02210. The item was signed for by J KINSELLA.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
February 28, 2025, 12:00 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** 

**Proof of Delivery** 

**USPS Tracking Plus®** 

**Retail**

U.S. POSTAGE PAID
PME
BRONX, NY 10469
MAR 01, 2025
$31.40

02210
RDC 07
S2324K504991-11

# UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

EE 431 711 681 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

Charles Simon
3410 DeReimer Ave. Apt 1
Bronx, NY 10475

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED

☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )

U.S. Court of Appeals Suite
2500) U.S. Courthouse
1 Courthouse Way
Boston, Ma.

ZIP+4® 02210-

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 10469
Scheduled Delivery Date: 
Postage: $31.40

Date Accepted: 3/1/25
Scheduled Delivery Time: ☑ 10:30 AM
Insurance Fee:
COD Fee:

Time Accepted: 11 ☑ AM

Total Postage & Fees: $31.40

$100.00 insurance included.

LABEL 11-B, JULY 2018   PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.