# United States Court of Appeals
## For the First Circuit

―――――――――――

No. 25-1221

CHARLES SIMON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellees.

―――――――――――

**ORDER OF COURT**

Entered: April 23, 2025

    Plaintiff's motions for interlocutory review are denied, as the appeal he filed is not an interlocutory appeal. A briefing schedule will issue in the ordinary course.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Charles Simon
Donald Campbell Lockhart
Abraham R George