# United States Court of Appeals
## For the First Circuit

───────────────

No. 25-1221

CHARLES SIMON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellees.

───────────────

**ORDER OF COURT**

Entered: May 16, 2025

    Appellant's motion to expedite is denied, as he has not demonstrated a proper basis to expedite the appeal. His motion for judicial review was previously denied by order of this court dated April 23, 2025. A briefing schedule issued on the same date and appellant's opening brief is due on June 2, 2025. Any arguments appellant wishes to make in this court should be contained in that brief.

                         By the Court:

                         Anastasia Dubrovsky, Clerk

cc:
Charles Simon
Donald Campbell Lockhart
Abraham R. George